**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
SKYE RESENDES (278511)
*skye@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Phone: (619) 696-9006
Fax: (619) 564-6665

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA WARCHOL (f/k/a Tania Racha), on behalf of herself, all others similarly situated and the general public, | Case No: 3:15-cv-00238-DMS-MDD |
| Plaintiff, | CLASS ACTION |
| | **NOTICE OF VOLUNRARY DISMISSAL [FED. R. CIV. P. 41(a)(1)(A)]** |
| v. | Hon. Dana M. Sabraw |
| LOVE HONEY, INC., a Delaware corporation; LOVEHONEY, LTD., a registered United Kingdom entity, form unknown; LOVEHONEY GROUP, LTD, a registered United Kingdom entity, form unknown; PHE, INC. d/b/a Adam and Eve Stores, a North Carolina corporation; and ERIKA MITCHELL a/k/a E.L. JAMES, | |
| Defendants. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Tania Warchol dismisses this entire action with prejudice as to Plaintiff Tania Warchol, and dismiss without prejudice as to the putative class claims.

Dated:  January 15, 2016          */s/ Ronald A. Marron*

By: Ronald A. Marron

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
SKYE RESENDES
651 Arroyo Drive
San Diego, CA 92103
Phone: (619) 696-9006
Fax: (619) 564-6665
***Attorneys for Plaintiff***

*Warchol v. Lovehoney, Inc.*
VOLUNTARY REQUEST FOR DISMISSAL